# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 26, 2019

### NO. 03-17-00685-CV

**Jason Spence, Individually and as Heir and Representative of the Estate of David Spence, Deceased; Joel Spence, Individually and as Heir and Representative of the Estate of David Spence, Deceased; and Estate of Anthony Melendez, Appellants**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND KELLY
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 7, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.